CHARLES A. KIP et al., as Executors of and Trustees under the Will of GEORGE G. KIP, Deceased, et al., Appellants, *v.* THE NEW YORK CENTRAL RAILROAD COMPANY et al., Respondents.

(Argued December 1, 1932; decided December 16, 1932.)

694

*Ernest A. Bigelow, Harold D. Beatty, Enos Throop Geer*
and *James F. Dealy* for appellants.

*Jacob Aronson, Crosby J. Beakes* and *James L. Homire*
for The New York Central Railroad Company, respondent.

*Henry B. Anderson* for The New York and Harlem
Railroad Company, respondent.

*Madison G. Gonterman* for The New York, New Haven
and Hartford Railroad Company, respondent.

*S. S. Jennings, Jr.,* for 277 Park Avenue Corporation,
respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG,
O'BRIEN, HUBBS and CROUCH, JJ.